## IN THE UNITED STATES DISTRICT COURT
## FOR THE OF MASSACHUSETTS

| | |
|---|---|
| HARMONIX MUSIC SYSTEMS, INC., and MAD CATZ, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>AI AUTOMATION, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 1:15-CV-14138 GAO |

## **STIPULATED DISMISSAL OF ACTION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Harmonix Music Systems, Inc. and Mad Catz Interactive, Inc., and Defendant AI Automation, LLC, through their respective counsel of record, and subject to the approval of the Court, hereby stipulate as follows:

1. This Civil Action No. 1:15-CV-14138 is dismissed, with prejudice, subject to the terms of this Stipulation of Dismissal.

2. This dismissal is expressly conditioned on the terms and conditions of the confidential Settlement Agreement entered into by Plaintiffs and Defendant and, further, on the condition that Plaintiffs expressly reserve the right to challenge the validity of the asserted patent, U.S. Patent No. 6,388,181.

3. Each party shall bear its own costs and attorneys' fees in connection with this civil action.

Dated: February 26, 2016

*/s/ Andrew Hamill*
Andrew Hamill
ahamill@blackhamill.com
BLACK & HAMILL LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-813-6217

Attorneys for Defendant
AIA Automation, LLC

Respectfully submitted,

*/s/ Linda J. Thayer*
LINDA J. THAYER (BBO No. 674447)
linda.thayer@finnegan.com
RACHEL L. EMSLEY (BBO No. 675629)
rachel.emsley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
2 Seaport Lane, 6th Floor
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Of Counsel*:
PATRICK J. COYNE
patrick.coyne@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4470
Facsimile: (202) 408-4400

Attorneys for Plaintiffs,
Harmonix Music Systems, Inc. and
Mad Catz, Inc.